394 A.2d 1022

COMMONWEALTH of Pennsylvania ex rel. Patricia
A. MORGAN

v.

Harold E. MORGAN, Appellant.

No. 774 April Term, 1978.

Superior Court of Pennsylvania.

Argued Oct. 24, 1978.

Decided Nov. 22, 1978.

Joanne Ross Wilder, Pittsburgh, for appellant.

Edward V. Cherry, DuBois, for appellee.

Before VAN der VOORT, SPAETH and LIPEZ, JJ.

OPINION

PER CURIAM:

The order of the lower court dated March 17, 1978, is hereby reversed in its entirety and this case is remanded to the lower court for full hearing on all issues, including custody, visitation, contempt and/or other matters as may be brought before the court by the parties, in accordance with applicable rules of civil procedure.